```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 13349
   NICHOLAS G KACHAVOS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-0808

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/23/2008 and was confirmed 07/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 01/14/2009.
------------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------------
US BANK NATIONAL ASSOCIA CURRENT MORTG       .00             .00            .00
US BANK NATIONAL ASSOCIA MORTGAGE ARRE       .00             .00            .00
US BANK NATIONAL ASSOC   MORTGAGE NOTI  NOT FILED           .00            .00
COOK COUNTY TREASURER    NOTICE ONLY    NOT FILED           .00            .00
INTERNAL REVENUE SERVICE PRIORITY          2173.36          .00         281.80
INTERNAL REVENUE SERVICE NOTICE ONLY    NOT FILED           .00            .00
CITY OF CHICAGO EMS      UNSECURED      NOT FILED           .00            .00
ENDODONTIC & PERIODONTIC UNSECURED         1263.67          .00            .00
PREMIER BANKCARD         UNSECURED          182.84          .00            .00
HSBC NV                  UNSECURED      NOT FILED           .00            .00
KOHOE PALMER & DJODJEVIC UNSECURED      NOT FILED           .00            .00
MEDICAL RECOVERY SPECIAL UNSECURED      NOT FILED           .00            .00
PHILIP CHOR MD           UNSECURED      NOT FILED           .00            .00
RADIOLOGY IMAGING        UNSECURED      NOT FILED           .00            .00
SOUTH SUBURBAN HOSP      UNSECURED      NOT FILED           .00            .00
JOHN STROGER HOSPITAL    UNSECURED      NOT FILED           .00            .00
SUSAN KACHAVOS           NOTICE ONLY    NOT FILED           .00            .00
SUSAN KACHAVOS           NOTICE ONLY    NOT FILED           .00            .00
INTERNAL REVENUE SERVICE UNSECURED          347.23          .00            .00
DANIEL J WINTER          DEBTOR ATTY     2,853.00                     2,853.00
TOM VAUGHN               TRUSTEE                                        265.20
DEBTOR REFUND            REFUND                                            .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  3,400.00

PRIORITY                                         281.80
SECURED                                             .00
UNSECURED                                           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 13349 NICHOLAS G KACHAVOS
```

```
ADMINISTRATIVE                                              2,853.00
TRUSTEE COMPENSATION                                          265.20
DEBTOR REFUND                                                     .00
                                   ---------------    ---------------
TOTALS                                    3,400.00           3,400.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
  Dated: 03/05/09                  _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```